IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                  *
In Re:                            *    Bankr. Case No. 11-40247
                                  *    Chapter 7
CHARLIE RAY BUSE,                 *
SSN: XXX-XX-0064,                 *
                                  *    NOTICE OF APPEARANCE AND
     and                          *    REQUEST FOR COPIES OF NOTICES
                                  *
SHARYL RANAE BUSE,                *
SSN: XXX-XX-9942,                 *
                                  *
          Debtors.                *
                                  *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

COMES NOW William K. Sauck, Jr., of Richardson, Wyly, Wise, Sauck & Hieb, LLP, and notes his appearance for Great Western Bank, of Watertown, South Dakota, and further

REQUESTS THAT COPIES OF ALL NOTICES FILED OR ISSUED AFTER THE DATE OF THIS REQUEST IN THE ABOVE-ENTITLED BANKRUPTCY CASE BE SENT TO HIM AT THE FOLLOWING ADDRESS: WILLIAM K. SAUCK, JR., RICHARDSON, WYLY, WISE, SAUCK & HIEB, LLP, POST OFFICE BOX 1030, ABERDEEN, SOUTH DAKOTA 57402-1030.

Dated this 21st day of April, 2011.

        RICHARDSON, WYLY, WISE, SAUCK
         & HIEB, LLP

        By /s/ William K. Sauck, Jr.
         Attorneys for Great Western Bank
         of Watertown, South Dakota

        One Court Street
        Post Office Box 1030
        Aberdeen, SD  57402-1030
        Telephone No. 605-225-6310
        Facsimile No. 605-225-2743
        e-mail: bsauck@rwwsh.com