UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 11-40247 |
| | ) | Chapter 7 |
| CHARLIE RAY BUSE | ) | |
| dba Buse Trucking | ) | |
| SSN/ITIN xxx-xx-0064 | ) | |
| | ) | ORDER RE: SOUTH DAKOTA |
| AND | ) | HOUSING DEVELOPMENT |
| | ) | AUTHORITY'S MOTION FOR |
| SHARYL RANAE BUSE | ) | RELIEF FROM AUTOMATIC STAY |
| SSN/ITIN xxx-xx-9942 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of South Dakota Housing Development Authority's Motion for Relief from the Automatic Stay (doc. 15), Trustee Lee Ann Pierce's response (doc. 18), and the record before the Court; and it appearing the parties have advised the Court, through the submission of a proposed order, of their consent to the relief set forth herein; and for cause shown; now, therefore,

IT IS HEREBY ORDERED South Dakota Housing Development is given relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interest in the following real property, but Trustee Pierce's rights in said property are not abandoned:

Lot No. 25, of Block No. 1, of "Plat of Meadow Glen Subdivision to the City of Watertown", and is according to the recorded plat; aka 1334 Harmony Lane, Watertown, South Dakota 57201.

IT IS FURTHER ORDERED the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective upon entry.

So ordered: May 31, 2011.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota